# IN THE COURT OF APPEALS OF IOWA

No. 20-0323
Filed February 16, 2022

**STATE OF IOWA,**
　　Plaintiff-Appellee,

**vs.**

**DAVID M. BOGGS,**
　　Defendant-Appellant.
_____

Appeal from the Iowa District Court for Cass County, Jeffrey L. Larson, Judge.

David Boggs appeals an order denying his motion to extinguish his restitution obligation. **AFFIRMED.**

Anne M. Rohling of Rohling Law, PLLC, Council Bluffs, for appellant.

Thomas J. Miller, Attorney General, and Darrel Mullins, Assistant Attorney General, for appellee.

Considered by Vaitheswaran, P.J., May, J., and Vogel, S.J.*

*Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2022).

**MAY, Judge.**

David Boggs appeals an order denying his motion to extinguish his restitution obligation. His claim in this appeal is identical to the claim he raised in a prior appeal, *Boggs v. State*, No. 20-0311, 2021 WL 4592776, at *1 (Iowa Ct. App. Oct. 6, 2021), in which we affirmed the district court.[1] We see no reason to treat this appeal differently. So we affirm without further opinion. *See* Iowa Ct. R. 21.26(1)(d)(e).

**AFFIRMED.**

---

[1] The argument section of Boggs's brief in his current appeal is identical to that in his brief for *Boggs*, 2021 WL 4592776, at *1.